IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANK C. JR.                                                                                          PLAINTIFF

V.                              CASE NO. 4:18-CV-834-JM-BD

SHANE JONES, *et al*.                                                                        DEFENDANTS

### RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Any party to this suit may file written objections with the Clerk of Court. To be considered, however, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.     Discussion**

Plaintiff Frank Curtis Solis Jr. filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. (Docket entry #2, #3) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On October 2, 2019, Mr. Solis was given 30 days to notify the Court of his new address, after mail sent from the Court was returned as undeliverable. (#45) The Court specifically cautioned Mr. Solis that his claims could be dismissed if he failed to

update his address within the time allowed. (#45) To date, Mr. Solis has failed to comply with the Court's Order, and the time allowed for notifying the Court of his current address has passed.

## III.  Conclusion

The Court recommends that Mr. Solis's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 2, 2019 Order. The Court further recommends that Defendant Mercier's motion for summary judgment (#36) and Defendants Jones and Sweet's motion for leave to file a motion for summary judgment (#50) be DENIED, as moot.

DATED this 6th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE