# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FRANK CURTIS SOLIS, JR.**                                           **PLAINTIFF**

**V.**                  **CASE NO. 4:18-cv-834-JM-BD**

**SHANE JONES,** *et al.*                                              **DEFENDANTS**

## ORDER

       The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

       Mr. Solis's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's October 2, 2019 Order and his failure to prosecute this lawsuit.

       Defendant Mercier's motion for summary judgment (#36) and Defendants Jones and Sweet's motion for leave to file for summary judgment (#50) are DENIED, as moot.

       IT IS SO ORDERED, this 26th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE