# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FRANK CURTIS SOLIS, JR.**                                                         **PLAINTIFF**

**V.**               **CASE NO. 4:18-cv-834-JM-BD**

**SHANE JONES,** *et al*.                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 26th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE